IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GREGGORY A. ROLFE,

        Plaintiff,

v.

NANCY A BERRYHILL, Acting Commissioner of Social Security,

        Defendant.

No. 6:16-cv-00096-JE

ORDER

HERNÁNDEZ, District Judge:

    Magistrate Judge Jelderks issued a Findings and Recommendation [23] on September 27, 2017, in which he recommends that the Court reverse the decision of the Commissioner of the Social Security Administration denying Plaintiff's application for Disability Insurance Benefits and remand this case for further proceedings. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

## CONCLUSION

The Court adopts Magistrate Judge Jelderks' Findings and Recommendation [23]. Accordingly, the Commissioner's final decision is reversed and this case is remanded for further proceedings.

IT IS SO ORDERED.

DATED this 21 day of November, 2017

MARCO A. HERNÁNDEZ
United States District Judge